1  **Jason K. Singleton,** State Bar #166170
   **Richard E. Grabowski,** State Bar # 236207
2  **SINGLETON LAW GROUP**
   **611 "L" Street, Suite A**
3  **Eureka, CA 95501**
   **lawgroup@sbcglobal.net**
4
   **(707) 441-1177**
5  **FAX 441-1533**
6
7  **Attorney for Plaintiff, ELIZABETH MILLER**

8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**

| ELIZABETH MILLER, | ) Case No. C-06-0513 PJH |
|---|---|
| Plaintiff, | ) STIPULATION OF DISMISSAL WITH |
| v. | ) PREJUDICE AND [~~PROPOSED~~] ORDER |
| VALLEY WEST INVESTMENTS, LLC, a California Limited Liability Company, FOODS NORTH, LLC, a California Limited Liability Company, dba CARL'S JR., and DOES ONE to FIFTY, inclusive, | ) |
| Defendants. | ) |

   Plaintiff ELIZABETH MILLER and Defendants VALLEY WEST INVESTMENTS, LLC, and FOODS NORTH, LLC, dba CARL'S JR. (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

   1.   The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear his own attorneys fees and costs.

///

///

///

STIPULATION AND ORDER OF DISMISSAL          1                    C-06-513 PJH

2.   Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

SINGLETON LAW GROUP

Dated:   May 31, 2006

Jason K. Singleton, Attorneys for
Plaintiff, **ELIZABETH MILLER**

**NISSON, PINCIN, SINCLAIR, HILL & PERRINE**

Dated:   5/30/06

James W. Pincin, Attorneys for Defendants
**VALLEY WEST INVESTMENTS, LLC, FOODS NORTH, LLC, dba CARL'S JR.**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation for Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1.   The action <u>MILLER vs VALLEY WEST, et al.</u>, Case Number C 06-0513 PJH, is dismissed with prejudice with each party to bear his or its own attorneys fees and costs.

Dated:   6/6/06

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton